**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BIZZ, INC., et al., <br><br> Defendants. | Case No. CV 16-05979-VAP (SKx) <br><br> **ORDER OF DISMISSAL** |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement.

Dated: August 3, 2017

_____
VIRGINIA A. PHILLIPS
United States District Judge